FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

SEP 17 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25CR3744-RB |
| vs. | ) 8 U.S.C. §§ 1326(a) and (b): Reentry of a Removed Alien. |
| **ALEJANDRO RAMOS-LOPEZ,** | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

On or about May 1, 2025, the defendant, **ALEJANDRO RAMOS-LOPEZ**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Luna County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded, and removed and departed the United States on or about September 12, 2011, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

RCW 9/15/2025